FILE COPY

No. 07-18-00160-CR

| | | |
|---|---|---|
| Jesus Gonzalez<br>  Appellant | § | From the 222nd District Court<br>  of Deaf Smith County |
| | § | |
| v. | | December 11, 2018 |
| | § | |
| The State of Texas | | Opinion by Chief Justice Quinn |
|   Appellee | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated December 11, 2018, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o